Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiff, the Putative Class and Collective Members*

[Additional counsel on next page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ISABELLE FRANKLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SAN JOAQUIN GENERAL HOSPITAL AND SAN JOAQUIN GENERAL HOSPITAL FOUNDATION,<br><br>Defendants. | Case No. 2:19-cv-00907-JAM-DB<br><br>**JOINT STIPULATION TO DISMISS THIRD THROUGH ELEVENTH CAUSES OF ACTION IN FIRST AMENDED COMPLAINT WITHOUT PREJUDICE; ORDER GRANTING SAME** |

Jesse J. Maddox (SBN 219091)
Brian J. Hoffman (SBN 263974)
LIEBERT CASSIDY WHITMORE
400 Capitol Mall, Suite 1260
Sacramento, California 95814
Telephone: (916) 584-7000
Facsimile: (916) 584-7083
jmaddox@lawlegal.com
bhoffman@lcwlegal.com

*Attorneys for Defendant San Joaquin General Hospital*

William M. Hogg (Pro Hac Vice)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile:  (415) 421-7105

*Attorney for Plaintiff, the Putative Class and Collective Members*

-1-

JOINT STIPULATION TO DISMISS THIRD THROUGH ELEVENTH CAUSES OF ACTION IN THE FAC WITHOUT PREJUDICE; [PROPOSED] ORDER

9096401.1 SA275-014

Plaintiff Isabelle Franklin, on behalf of herself and all others allegedly similarly situated ("Plaintiff"), and Defendant San Joaquin General Hospital (SJGH), by and through their counsel of record herein, subject to approval of the Court, stipulate and agree to dismiss, without prejudice, Plaintiff's claims against SJGH from this action as follows:

**WHEREAS**, on August 22, 2019, Plaintiff filed a First Amended Complaint (hereinafter, "FAC"), bringing a wage and hour class action complaint against SJGH and San Joaquin General Hospital Foundation, alleging causes of action for: (1) Failure to Pay Overtime Compensation for Improper Meal Break Time Deductions (29 U.S.C. § 201 *et seq*); (2) Failure to Pay Overtime Compensation for "Off-The-Clock" Work (29 U.S.C. § 201 *et seq*); (3) Failure to Pay for All Hours Worked Pursuant to Labor Code § 204; (4) Failure to Pay Overtime Wages (Cal. Labor Code § 510); (5) Failure to Authorize and Permit and/or Make Available Meal and Rest Periods (Cal. Labor Code §§ 203, 223, 226.7, 512, and 1198); (6) Failure to Provide Accurate, Itemized Wage Statement (Cal. Labor Code §§ 226(a)); (7) Waiting Time Penalties (Cal. Labor Code §§ 201-203); (8) Failure to Reimburse for Necessary Business Expenses (Cal. Labor Code § 2802); (9) Unlawful Business Practices (Cal. Bus. & Prof. Code §§ 17200, *et seq.*); (10) California Private Attorneys General Act § 2699(a); and (11) California Private Attorneys General Act § 2699(f).

**WHEREAS**, during October of 2019, the counsel for Plaintiff and SJGH met and conferred regarding Defendant's various governmental immunity defenses related to Plaintiff's claims under the California Labor Code, California Business and Professions Code, and Private Attorneys General Act;

**WHEREAS**, after reviewing the relevant legal authority on those various governmental immunity defenses, Plaintiff has agreed to dismiss her claims against SJGH that were brought under the California Labor Code, California Business and Professions Code, and Private Attorneys General Act, without prejudice, which include the Third through Eleventh Causes of Action in the FAC;

**WHEREAS,** Plaintiff is not dismissing her claims against SJGH based upon the Fair Labor Standards Act, which include the First and Second Causes of Action in the FAC;

**WHEREAS**, as of this date, the Court has issued no rulings or orders regarding class

certification or class-related discovery;

**WHEREAS**, the Parties have not sent any notice to the putative class in this case;

**WHEREAS**, SJGH is not providing direct or indirect consideration, and will bear its own fees and costs in relation to dismissed claims;

**WHEREAS,** this Stipulation has no force or effect unless a representative, legal or otherwise, for each Defendant expressly agrees to all the terms here, and affixes his or her signature to this Stipulation committing to the same;

**WHEREAS,** by signing this Stipulation, **Liebert Cassidy Whitmore** expressly represents that it has the authority to enter into this Stipulation, and has the authority to commit SJGH to all terms herein; and

**NOW, THEREFORE,** subject to the approval of this Court, the parties, by and through their undersigned counsel of record, herby stipulate and agree to the following:

1. Plaintiff's claims based upon the California Labor Code, California Business and Professions Code, and Private Attorneys General Act against Defendant San Joaquin General Hospital, which included the Third through Eleventh causes of action in the FAC, shall be dismissed from this action, without prejudice, subject to the terms and conditions contained in this Stipulation.

**IT IS SO STIPULATED**


Dated: August 3, 2020                     **SCHNEIDER WALLACE COTTRELL KONECKY LLP**


/s/ William M. Hogg
CAROLYN H. COTTRELL
DAVID C. LEIMBACH
MICHELLE S. LIM
WILLIAM M. HOGG
Attorneys for Plaintiff

Dated: August 3, 2020               **LIEBERT CASSIDY WHITMORE**

/s/ Jesse J. Maddox
JESSE J. MADDOX
BRIAN J. HOFFMAN
Attorneys for SJGH

## ORDER

Pursuant to the Parties' Joint Stipulation to Dismiss Plaintiff's Third through Eleventh Causes of Action in the FAC against San Joaquin General Hospital without prejudice, and for good cause shown, Plaintiff's Third through Eleventh Causes of Action in the FAC against San Joaquin General Hospital are hereby **DISMISSED WITHOUT PREJUDICE** from the above-entitled action.

**IT IS SO ORDERED.**

Dated: August 4, 2020               /s/ John A. Mendez
**HONORABLE JOHN A. MENDEZ**