UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE FRANKLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOAQUIN GENERAL HOSPITAL AND SAN JOAQUIN GENERAL HOSPITAL FOUNDATION,<br><br>Defendants. | No.  2:19-cv-0907 JAM DB<br><br>ORDER |

On August 4, 2020, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on September 4, 2020, pursuant to Local Rule 302(c)(1).  (ECF No. 20.)  On August 28, 2020, the partied filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251.  (ECF No. 26.)

The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.  Here, the parties' Joint Statement does not allege with specificity compliance with the undersigned's Standard Information.  (JS (ECF No. 26) at 2, 4-5.)

1

To the contrary, defendant asserts that the meet and confer process was "largely skipped and/or rushed[.]" (Id. at 4.)

Moreover, the parties are advised that the undersigned's Standard Information also explains that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.  Here, the parties' joint statement exceeds the undersigned's twenty-five-page limit.[1]

For the reasons stated above, plaintiff's motion to compel will be denied without prejudice to renewal.  The parties should engage in further meet and confer, in compliance with the Local Rules and the undersigned's Standard Information.  If, after further meeting and conferring a dispute remains, plaintiff may file a motion to compel and the parties may file a Joint Statement, again ensuring compliance with the Local Rules and the undersigned's Standard Information.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 4, 2020 motion to compel (ECF No. 20) is denied without prejudice to renewal; and

2. The September 4, 2020 hearing is vacated.

Dated:  August 31, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/franklin0907.m&c.ord

---

[1] The parties are advised that title pages, tables of contents, tables of citations, etc., all count toward the twenty-five-page limit.

2