Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiff, the Putative Class and Collective Members*

[Additional counsel on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ISABELLE FRANKLIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SAN JOAQUIN GENERAL HOSPITAL AND SAN JOAQUIN GENERAL HOSPITAL FOUNDATION,<br><br>    Defendants. | Case No. 2:19-cv-00907-JAM-DB<br><br>**JOINT STIPULATION TO STAY RULING ON DEFENDANT'S BILL OF COSTS PENDING OUTCOME OF APPEAL** |

Jesse J. Maddox (SBN 219091)
Nathan T. Jackson (SBN 285620)
LIEBERT CASSIDY WHITMORE
400 Capitol Mall, Suite 1260
Sacramento, California 95814
Telephone: (916) 584-7000
Facsimile: (916) 584-7083
jmaddox@lawlegal.com
njackson@lcwlegal.com

*Attorneys for Defendant San Joaquin General Hospital*

William M. Hogg (Pro Hac Vice)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile:  (415) 421-7105

*Attorney for Plaintiff, the Putative Class and Collective Members*

-1-

JOINT STIPULATION TO STAY RULING ON DEFENDANT'S BILL OF COSTS PENDING OUTCOME OF APPEAL; ORDER

1	Plaintiff Isabelle Franklin ("Plaintiff") and Defendant San Joaquin General Hospital (SJGH),
2	by and through their counsel of record herein, subject to approval of the Court, stipulate and agree to
3	stay a ruling on SJGH's Bill of Costs (Dkt. 39) pending the outcome of the appeal sought by Plaintiff.
4	**WHEREAS**, on September 29, 2020, the Court granted Defendant's motion to compel
5	arbitration, ordered the case dismissed without prejudice, and entered judgment pursuant to such order
6	(*see* Dkt. 33 and Dkt. 34);
7	**WHEREAS**, on September 30, 2020, Plaintiff filed a Notice of Appeal to the United States
8	Court of Appeals for the Ninth Circuit (Dkt. 35), identified in the Ninth Circuit as Case No. 20-16913;
9	**WHEREAS**, on October 13, 2020, SJGH filed a Bill of Costs (Dkt. 39);
10	**WHEREAS**, the parties have met and conferred, and have agreed to stay any ruling on SJGH's
11	Bill of Costs until after the Ninth Circuit has resolved Plaintiff's appeal of the order and judgment;
12	**WHEREAS**, the parties agree that Plaintiff shall preserve any and all objections she might
13	have to the Bill of Costs pending such stay, and if necessary shall have three (3) business days
14	following entry of an order resolving the appeal to file such objections;
15	**NOW, THEREFORE,** subject to the approval of this Court, the parties, by and through their
16	undersigned counsel of record, hereby stipulate and agree to the following:

1. The Court stays any ruling on Defendant San Joaquin General Hospital's Bill of Costs pending an entry reflecting a final resolution of the appeal (Case No. 20-16913) in this matter;
2. Plaintiff's ability to object to the Bill of Costs shall be preserved pending such stay; and
3. Plaintiff shall have three (3) business days following entry of an order resolving the appeal to file her objections, if any, to the Bill of Costs.

**IT IS SO STIPULATED**

Dated: October 20, 2020  **SCHNEIDER WALLACE COTTRELL KONECKY LLP**

/s/ William M. Hogg
CAROLYN H. COTTRELL
DAVID C. LEIMBACH
MICHELLE S. LIM
WILLIAM M. HOGG
Attorneys for Plaintiff

Dated: October 20, 2020  **LIEBERT CASSIDY WHITMORE**

/s/ Nathan T. Jackson (as authorized on 10/20/2020)
JESSE J. MADDOX
NATHAN T. JACKSON
Attorneys for SJGH

## ORDER

Pursuant to the Parties' Joint Stipulation to Stay Ruling on San Joaquin General Hospital's Bill of Costs, and for good cause shown, the Court hereby **STAYS** a ruling on the Bill of Costs pending resolution of the appeal (Case No. 20-16913). Plaintiff's ability to object to the Bill of Costs shall be preserved during such stay and Plaintiff shall have three (3) business days following entry of an order resolving the appeal to file her objections, if any, to the Bill of Costs.

**IT IS SO ORDERED.**

DATED: October 23, 2020  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE